MICHAEL T. HOUCHIN (SBN 305541)
mhouchin@crosnerlegal.com
CRAIG W. STRAUB (SBN 249032)
craig@crosnerlegal.com
ZACHARY M. CROSNER (SBN 272295)
zach@crosnerlegal.com
CROSNER LEGAL, P.C.
9440 Santa Monica Boulevard Suite 301
Beverly Hills, CA 90210
Telephone:  (886) 276-7637
Facsimile:  (310) 510-6429

Attorneys for Plaintiff
Maria Nelson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NELSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FLOWERS BAKERIES, LLC,<br><br>　　　　　　　　Defendant. | CASE NO.: 5:25-cv-01801-JGB-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maria Nelson ("Plaintiff") hereby dismisses her individual claims in this action with prejudice. The claims of the putative class, if any, are hereby dismissed without prejudice.

DATED: August 20, 2025

CROSNER LEGAL, P.C.

By: */s/ Michael T. Houchin*
MICHAEL T. HOUCHIN
Attorneys for Plaintiff Maria Nelson

NOTICE OF VOLUNTARY DISMISSAL
Case No. 5:25-cv-01801-JGB-KS